UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>D & J ENTERPRISE LLC, a Nevada limited liability company, d/b/a THE MIXER LOUNGE; JANIYA JETER, an individual; DIONNE JUPITER, an individual,<br><br>Defendants. | Case No. 2:24-cv-01837-GMN-EJY<br><br>**ORDER** |

Pending before the Court is the Motion for Alternative Service (ECF No. 7). The Motion fails to establish the necessary efforts to support the request made. Plaintiff must establish in its Motion (supported by exhibits) what efforts to personally serve were made. Plaintiff must also establish that the forms of service Plaintiff seeks are reasonable and reasonably likely to provide effective notice.

Accordingly, IT IS HEREBY ORDERED that the Motion for Alternative Service (ECF No. 7) is DENIED without prejudice.

Dated this 21st day of January, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1